# EXHIBIT B



1300 Pennsylvania Avenue NW
Washington, DC 20229

**U.S. Customs and Border Protection**

November 13, 2014

CBP-2015-005344

Mr. Anthony Marucci
70 South Orange Avenue, Suite 205
Livingston, NJ 07039

Dear Mr. Marucci:

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP), on behalf of your client, Cesar Manuel Cardoso Matos de Paco, date of birth: September 21, 1965, requesting records pertaining to your client's revocation of membership to the Global Entry Program, as well as, a full copy of your client's GOES profile.

Please be advised, the "A" file is not a U.S. Customs and Border Protection file, it is a file whose releasing authority is U.S. Citizenship and Immigration Services (USCIS); therefore, CBP's response is limited to the responsive records within our custody.

A search of CBP databases produced a total of 11 pages of records responsive to your request. CBP has determined that 11 pages of the records are partially releasable, pursuant to Title 5 U.S.C. § 552 (b)(6), (b)(7)(C) and (b)(7)(E).

Enclosed are 11 pages with certain information withheld as described below:

**FOIA Exemption (b)(6)** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, driver license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal. The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information. Any private interest you may have in that information does not factor into the aforementioned balancing test.

**FOIA Exemption (b)(7)(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate.

**FOIA Exemption (b)(7)(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. CBP has determined that disclosure could reasonably be expected to risk circumvention of the law.

You have a right to appeal our withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter, to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177, following the procedures outlined in the DHS regulations at Title 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. If you wish to contact OGIS, you may email them at ogis@nara.gov or call (877) 684-6448.

Please notate file number CBP-2015-005344 on any future correspondence to CBP related to this request.

Sincerely,

*Charlyse Hoskins*

Charlyse Hoskins
FOIA Analyst, FOIA Division
Office of Diversity and Civil Rights

Enclosures

Summary                                                                 Page 1 of 5

## GLOBAL ENROLLMENT SYSTEM (GES)
Welcome | Search | Create | Reports | Administration
Text Only

**Homeland Security**

**Summary**                                                    Help | Logout

**Traveler Menu**
- Summary
- Request List
- Security Queries
- AIS Program Status
- Interdictions

**Review Biographic comments**

View All Comments
View All Attachments

**Biographic**                                                 Biographic Detail


Image Capture

| Field | Value | Field | Value |
|---|---|---|---|
| PASSID: | 980370703 | GEC Number: | |
| GOES User ID: | CD2165 | | |
| First Name: | CESAR | | |
| Middle Name: | MANUEL | CPCS ID: | |
| Last Name: | CARDOSO MATOS DE PACO | | |
| Suffix Code: | | FAST South ID: | |
| Maternal Name: | | FLUX ID: | |
| | | ABG Number: | |
| Other Last Names: | DePaco | Birth Date: | 21 Sep 1965 |
| Other First Names: | Cesar | Gender: | Male |
| Birth Country: | PORTUGAL | Height: | 5 ft. 10 in. |
| Birth State/Province: | | Eye Color: | Green |
| Birth City: | Madalena | Hair Color: | |
| | | Fingerprint Capture Date: | 16 Nov 2008 |
| Primary Citizenship: | PORTUGAL | Canada Iris Capture Date: | |
| Other Citizenship: | | Canada Iris Not Captured Date: | |
| Residence: | NOT AVAILABLE | US Iris Capture Date: | |
| Primary Residence: | UNITED STATES | TSA Hazmat: | NO |

(b)(7)(E)                                                               10/30/2014

| | | | |
|---|---|---|---|
| Permanent Residence: | UNITED STATES | Scars: | |
| E-mail Address: | cd@summitnutritionals.com | | |
| Language Preference: | English | APEC Eligible: | |
| Employment Status: | | | |
| Occupation: | | | |
| Unemployment Date: | | | |

### Address                                                    Address List

**Main resident address**
Name:
Effective Date: Jan 2011 - Present
Street: 61 CARRIAGE HOUSE RD
City: BERNARDSVILLE   State/Province: NEW JERSEY
Country: UNITED STATES   Postal Code: 079241203
Colonia/Neighborhood:
Home Phone Number: (N) 908 5025131
Cell Phone Number: (N) 908 3108395
Work Phone Number: (N) 908 2520090

**Main resident address**
Name:
Effective Date: Jan 2006 - Jan 2011
Street: 29 rockaway Road
City: Tewksbury   State/Province: NEW JERSEY
Country: UNITED STATES   Postal Code: 08833
Colonia/Neighborhood:

### Employment                                                 Employment List

Employment Status: Self Employed   Occupation: President / CEO
Name: Summit Nutritionals International Inc
Date: Feb 2001 - Present
Street: 1250 STATE ROUTE 28 305B
City: BRANCHBURG   State/Province: NEW JERSEY
Country: UNITED STATES   Postal Code: 088763482
Colonia/Neighborhood:
Phone Number: (N) 908 2520090
Employment Description:

**Document**                                                          Document List

| | | | |
|---|---|---|---|
| **Type:** | Permanent Resident Card | **Document Number:** | 044005053 |
| **Issue Date:** | | **Expiration Date:** | 16 Mar 2014 |
| **First Name:** | Cesar | **Birth Date:** | 21 Sep 1965 |
| **Middle Name:** | Manuel | | |
| **Last Name:** | Cardoso Matos Dopaco | | |
| **Suffix Code:** | | | |
| **Maternal Name:** | Manuel Cardoso | | |
| **Issue Country:** | UNITED STATES | | |
| **City Name:** | | **State/Province:** | |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | Global Entry | **Registry Group:** | |
| **Proof of Admissibility:** | YES | **Proof of Citizenship:** | NO |
| **Proof of Residency:** | YES | **Proof Country:** | |
| **Document Name:** | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |

| | | | |
|---|---|---|---|
| **Type:** | Driver's License | **Document Number:** | D2617120709656 |
| **Issue Date:** | | **Expiration Date:** | 28 Feb 2017 |
| **First Name:** | Cesar | **Birth Date:** | 21 Sep 1965 |
| **Middle Name:** | M | | |
| **Last Name:** | DePaco | | |
| **Suffix Code:** | | | |
| **Maternal Name:** | | | |
| **Issue Country:** | UNITED STATES | | |
| **City Name:** | | **State/Province:** | NEW JERSEY |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | | **Registry Group:** | |
| **Proof of Admissibility:** | NO | **Proof of Citizenship:** | NO |
| **Proof of Residency:** | NO | **Proof Country:** | |
| **Document Name:** | NO | | NO |

| | | | |
|---|---|---|---|
| Enhanced Drivers License: | | Commercial Drivers License: | |
| Hazmat: | NO | MRZ Certification: | NO |

| | | | |
|---|---|---|---|
| Type: | Passport | Document Number: | M562744 |
| Issue Date: | 17 Apr 2013 | Expiration Date: | 17 Apr 2018 |
| First Name: | Cesar | Birth Date: | 21 Sep 1965 |
| Middle Name: | Manuel | | |
| Last Name: | Cardoso Matos Dopaco | | |
| Suffix Code: | | | |
| Maternal Name: | | | |
| Issue Country: | PORTUGAL | | |
| City Name: | | State/Province: | |
| Province Name: | | Visa Class Code: | |
| Alien Number: | | Petition Date: | |
| AIS Programs: | | Registry Group: | |
| Proof of Admissibility: | NO | Proof of Citizenship: | YES |
| Proof of Residency: | NO | Proof Country: | PORTUGAL |
| Document Name: | | | |
| Enhanced Drivers License: | NO | Commercial Drivers License: | NO |
| Hazmat: | NO | MRZ Certification: | NO |

| | | | |
|---|---|---|---|
| Type: | Citizenship Card | Document Number: | 044005053 |
| Issue Date: | | Expiration Date: | |
| First Name: | Cesar | Birth Date: | 21 Sep 1965 |
| Middle Name: | M | | |
| Last Name: | Cardoso Matos Dopaco | | |
| Suffix Code: | | | |
| Maternal Name: | | | |
| Issue Country: | UNITED STATES | | |
| City Name: | | State/Province: | |
| Province Name: | | Visa Class Code: | |
| Alien Number: | | Petition Date: | |
| AIS Programs: | | Registry Group: | |
| Proof of Admissibility: | NO | Proof of Citizenship: | YES |
| | NO | Proof Country: | PORTUGAL |

| | | | |
|---|---|---|---|
| **Proof of Residency: Document Name:** | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |

**Conveyance**                                                    Conveyance List

**Request**                                                       Request List

| | | | |
|---|---|---|---|
| **AIS Program:** | Global Entry | **Request Type:** | Initial Enrollment |
| **Request Date:** | 04 Nov 2008 | **Request Source:** | GOES 311969 |
| **Request Reason:** | | **Request Status:** | Approved |
| **Enrollment POE:** | JFK INTERNATIONAL AIRPORT | **Citizenship/Nationality:** | LPR |
| **Entry Purpose Description:** | | | |
| **AIS Program:** | Global Entry | **Request Type:** | Reapplication |
| **Request Date:** | 20 Jan 2014 | **Request Source:** | GOES 4172045 |
| **Request Reason:** | | **Request Status:** | Denied |
| **Enrollment POE:** | SAULT SAINTE MARIE | **Citizenship/Nationality:** | LPR |
| **Entry Purpose Description:** | | | |

**RFID**                                                          RFID List

**Travel History**                                                Travel History

Countries visited in the last 5 years:

- COSTA RICA
- DOMINICAN REPUBLIC
- JAMAICA
- PORTUGAL

**APEC Card**

(b)(7)(E)                                                                 10/30/2014

Request List                                                                                       Page 1 of 1



**GLOBAL ENROLLMENT SYSTEM (GES)**

Welcome | Search | Create | Reports | Administration

Text Only



Help | Logout

### Request List

**Traveler Menu**
- Summary
- Request List
- Security Queries
- AIS Program Status
- Interdictions

**PASSID:** 980370703  **Name:** CARDOSO MATOS DE PACO, CESAR MANUEL  **DOB:** 21 Sep 1965

| AIS Program | Request Type | Request Date | Request Status | Enrollment POE |
|---|---|---|---|---|
| Global Entry | Initial Enrollment | 04 Nov 2008 | Approved | JFK INTERNATIONAL AIRPORT |
| Global Entry | Reapplication | 20 Jan 2014 | Denied | SAULT SAINTE MARIE |

(b)(7)(E)                                                                                         10/30/2014

Comment List  Page 1 of 1

 **GLOBAL ENROLLMENT SYSTEM (GES)** 

Welcome | Search | Create | Reports | Administration
Text Only

[Help]
[Logout]

**Comment List**

**Traveler Menu**
- Summary
- Request List
- Security Queries
- AIS Program Status
- Interdictions

**PASSID:** 980370703  **Name:** CARDOSO MATOS DE PACO, CESAR MANUEL  **DOB:** 21 Sep 1965

New Comment

| Create Date | User Id | Comment |
|---|---|---|
| 17 Apr 2014 | (b) (6), (b) (7)(C) | OMBUDSMAN REVIEWED, VC denial sustained. ▓▓▓ (b) (7)(E) ▓▓▓ |

(b)(7)(E)   10/30/2014

# Risk Assessment Worksheet

## Person Data

**First Name:** CESAR
**Last Name:** CARDOSO MATOS DOPACO
**DOB:** 1965-09-21
**Gender:** M
**Citizenship:** PT
**Birth Country:** PT
**Application Type:** Reapplication
**Pass ID:** 980370703
**Application ID:** 14361206
**Program Type:** Global Entry

## Re-vetting

**Re-vetting Comments:**

## Query Results



(b)(7)(E) | 2014-01-22 | DEPACO | CESAR | 1965-09-21
| 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | M562744
(b)(7)(E) 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) | 2014-01-22 | DEPACO | CESAR | 1965-09-21
| 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | DEPACO | CESAR | 1965-09-21
| 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) | 2014-01-22 | DEPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | DEPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | D2617120709656 | NJ
(b)(7)(E) | 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) | 2014-01-22 | DEPACO | CESAR | 1965-09-21
(b)(7)(E) | 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21



(b)(7)(E) | 2014-01-22 | DEPACO | CESAR | 1965-09-21
(b)(7)(E) 4-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | DEPACO | CESAR | 1965-09-21

(b)(7)(E) 2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) | 2014-01-22 | DEPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | SUMMIT NUTRITIONALS INTERNATIONAL INC
(b)(7)(E) 2014-01-22 | 29 ROCKAWAY | TEWKSBURY | NJ, US | 08833
(b)(7)(E) 2014-01-22 | 61 CARRIAGE HOUSE | BERNARDSVILLE | NJ, US | 079241203
(b)(7)(E) | 2014-01-22 | 29 ROCKAWAY | TEWKSBURY | NJ, US | 08833
(b)(7)(E) | 2014-01-22 | 61 CARRIAGE HOUSE | BERNARDSVILLE | NJ, US | 079241203
(b)(7)(E) | 2014-01-22 | 61 CARRIAGE HOUSE | BERNARDSVILLE | NJ, US | 079241203
(b)(7)(E) | 2014-01-22 | 29 ROCKAWAY | TEWKSBURY | NJ, US | 08833
(b)(7)(E) 2014-01-22 | DEPACO | CESAR | 1965-09-21
2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21
(b)(7)(E) 2014-01-22 | DEPACO | CESAR | 1965-09-21
2014-01-22 | CARDOSO MATOS DOPACO | CESAR | 1965-09-21

## Findings



**Disclosure Comments:**   1:N:
2:N:
3:N:
4:N:

QUESTION TEXT:
1: Have you ever been convicted of a criminal offense in the United States or any other country?
2: Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?
3: Have you ever been found in violation of customs laws?
4: Have you ever been found in violation of immigration laws?

**Risk Assessment Comments (Internal):**

(b)(7)(E)                                                                                                        10/30/2014

(b) (7)(E)
(b) (7)(E) **Recommendation:**
Current GE participant - review as this is for renewal.
FAIL

**Officer:** (b) (6), (b) (7)(C)
**Date Vetted:** 01/27/2014
**Supporting Information:** 08:47 TECS II - PERSON SUBJECT DISPLAY (1 OF 4) 012714
(b) (6), (b) (7)(C)   (b) (7)(E)
(b) (6), (b) (7)(C)  TECS RECORD ID (b) (7)(E)  ENTRY 052113 UPDATE 072413 NAME- LAST DEPACO PHYSICAL IDENTIFIERS FIRST CESAR MID HISPANIC Y RACE W SEX M HAIR EYES GR IMAGE ALIAS M NICKNAME STC HT 000 000 WT 000 000 ENGLSH PERSONAL- S/M/T MORE DOB 09211965 POB- CNTRY ST CITY CTZN MORE SSN MORE AFN MORE RES (b)(7)(E) MORE PPN TYPE CNTRY ISSDT EXPDT MORE ADDRESS- DATE 052113 STREET 61 CARRIAGE HOUSE RD APT CITY BERNARDSVILLE STATE NJ CNTRY US ZIP 07924 TYPE (b) (7)(E) PHONE
(b) (6), (b) (7)(C) CASE NBR MORE
(b) (7)(E)
(b) (7)(E)  (b) (3) (A), (b) (7)(E)   CAT (b) (7)(E)  REMARKS- DATE 072213 MORE (b) (6), (b) (7)(C)  IF
(b) (7)(E)
RECORDS TECS RECORD ID (b) (7)(E) ENTRY 052113 UPDATE 072413 DRIVER'S LICENSE- NUMBER D26171207409656 STATE NJ CNTRY TYPE ISSUED EXPIRES RESTRICTIONS STATUS MORE PHONE NBR- INTL PREFIX TYPE DATE MORE MISC NBR- TYPE MORE ALT COMMUNICATION TYPE MORE CRIMINAL AFFILIATION NGI NO GANG INVOLVEMENT DATE 05212013 MORE FINGERPRINT CLASS- RIGHT LEFT SPOUSE- LAST MORE FIRST MID WARRANT- OFFENSE TYPE DATE AGENCY WARRANT TYPE DATE NUMBER CITY STATE MORE ATF PROFILE CODES

## INTEL Reviewer Comments

**INTEL Comments:**
**INTEL Reviewer:**
**Date INTEL Reviewed:**

## Reviewer Comments

**Risk Assessment Comments (Internal):**

(b)(7)(E)   10/30/2014

**TECS RECORD** (b) (7)(E) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Final Decision:**
**UPDATE** (b) (7)(E)
(b) (7)(E) ▮▮▮▮▮ You do not meet the program eligibility requirements.
**FAIL**

    **Denial Reason:** Other
        **Comment:** You do not meet the program eligibility requirements.

**Director:** (b) (6), (b) (7)(C) ▮▮▮▮
**Date Reviewed:** 02/03/2014